# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:14-cv-00075-MR
# [CRIMINAL CASE NO. 1:11-cr-00104-MR-1]

| | |
|---|---|
| VINCE EDWARD RAY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **60-DAY ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on Petitioner's Motion under 28, United States Code, Section 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, [Doc. 1].

The Court has conducted an initial screening of the petition under the Rules Governing § 2255 Proceedings, Rule 4(b) 28 U.S.C.A. foll. § 2255, and finds that: (1) the petition has been signed under penalty of perjury, Rule 2(b)(5), 28 U.S.C.A. foll. § 2255; (2) the petition appears to be timely filed; and (3) Petitioner has asserted a colorable claim for relief cognizable under § 2255(a). Upon consideration of the motion and the record of prior proceedings, the Court determines that the United States Attorney should file a response to Petitioner's allegations. The Court will direct that the

United States file an Answer or other responsive pleading in this case within sixty (60) days from entry of this Order.

**IT IS, THEREFORE, ORDERED** that no later than sixty (60) days from entry of this Order, the United States Attorney shall file an Answer or other responsive pleading to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence.

**IT IS SO ORDERED.**

Signed: August 4, 2014

Martin Reidinger
United States District Judge